THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON HERMAN AND LEAH HERMAN, a married couple, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:26-CV-01674-BAT<br><br>**DECLARATION OF VEENU TANEJA IN SUPPORT OF AMAZON.COM, INC.'S MOTION TO DISMISS** |

I, Veenu Taneja, declare as follows:

1. I am Director of Subscribe & Save for Amazon.com Services, LLC, and have held this position since July 25, 2022. I submit this Declaration in support of Amazon's Motion to Dismiss the Complaint filed by Plaintiffs Aaron Herman and Leah Herman.

2. I am over the age of 18 and am familiar with Amazon's Subscribe & Save program and the terms and disclosures applicable to that program by virtue of my duties and responsibilities.

3. I make this Declaration based on my personal knowledge and my review of Amazon records kept and maintained in the ordinary course of business.

4. I understand that Plaintiffs allege they signed up in February 2024 for recurring deliveries of Lavazza Espresso Ground Coffee (ASIN B001EQ5ERI) through Amazon's Subscribe & Save program.

5. To use Amazon's Subscribe & Save program, customers must have an Amazon account and agree to the Amazon Conditions of Use ("COU").

6. Customers agree to the COU when they create an Amazon account, and again each time they sign in to Amazon.com.

7. When customers create an Amazon account, and each time they log in to their account, the COU are available on the account-creation and sign-in screen in hyperlinked text.

8. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the COU in effect in February 2024, when Plaintiffs allege they signed up for recurring deliveries through Subscribe & Save.

9. Customers who use the Subscribe & Save program must also agree to the Amazon Subscribe & Save Terms & Conditions each time they sign up for recurring deliveries of an item.

10. Attached to this Declaration as **Exhibit 2** is a true and correct copy of the Subscribe & Save Terms & Conditions dated January 23, 2024, and cited at Paragraphs 3.71 and 3.74 of the Complaint.

11. At all times relevant to Plaintiffs' allegations, Amazon has informed customers during the Subscribe & Save sign-up process that "[b]y placing your order you agree to Amazon's privacy notice, conditions of use, and the Subscribe & Save Terms & Conditions."

12. The same screen has also informed customers they "can cancel at any time."

13. The Subscribe & Save Terms & Conditions (as well as the "privacy notice" and "conditions of use") referenced in the sign-up screen are accessible via hyperlink.

14. On the sign-up screen, these notifications are provided near a "Confirm subscription" button, and customers cannot complete their subscription without selecting the "Confirm subscription" button.

15. Attached to this Declaration as **Exhibit 3** is a true and correct image of the Subscribe & Save sign-up process in effect in February 2024.

16. Amazon also provides information about the Subscribe & Save program on a "Frequently Asked Questions" webpage, which is accessible through the "No fees. Skip or cancel anytime" hyperlink on product detail pages for Subscribe & Save-eligible items.

17. Attached to this Declaration as **Exhibit 4** is a true and correct copy of the Subscribe & Save FAQ page, which is accessible through a hyperlink on product detail pages, as excerpted in Paragraph 3.62 of the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8/13/2026 at Seattle, Washington.

Signed by:
Veenu Taneja
7AC4E8EE922F470...

Veenu Taneja