# Exhibit 2

# Help & Customer Service

‹ All Help Topics

Subscribe & Save

Order a Subscribe & Save Subscription
Change Your Subscribe & Save Delivery Schedule
Change Your Subscribe & Save Delivery Day
Skip Your Next Subscribe & Save Delivery
Cancel Your Subscribe & Save Subscription
Subscribe & Save
**Subscribe & Save Terms & Conditions**

Quick solutions

Your Orders
Track or cancel orders
Returns & Refunds
Exchange or return items
Manage Prime
Cancel or view benefits
Payment Settings
Add or edit payment methods
Carrier Info
Shipping carrier information
Account Settings
Change email or password

**Find more solutions**

Ordering › Subscribe & Save ›

# Subscribe & Save Terms & Conditions

Last updated: January 23, 2024

Welcome to the terms and conditions ("Terms") for our Subscribe & Save subscription ordering program ("Subscribe & Save"). These Terms are between you and Amazon.com Services LLC and/or its affiliates ("Amazon.com", "we" or "us" or "our"), and govern your and our respective rights and obligations. The Terms constitute the entire agreement between you and Amazon.com relating to Subscribe & Save. Please note that your use of the Amazon.com website is also governed by our Conditions of Use and Amazon.com Privacy Notice, as well as all other applicable terms, conditions, limitations and requirements on the Amazon.com website, all of which (as changed over time) are incorporated into these Terms. By placing an order through Subscribe & Save, you accept these Terms, conditions, limitations and requirements on behalf of yourself, all members of your household, and others who use Subscribe & Save under your account.. Please read these Terms carefully.

## Subscription Benefits

The Subscribe & Save benefits discussed on the Subscribe & Save help page are part of these Terms. Amazon.com reserves the right to change the Subscribe & Save benefits, including the discount amounts and eligibility used to determine discount amounts, at any time in its sole discretion. All changes, including for existing subscriptions, will apply to future orders.

Some of the offer details may change as you receive deliveries over time (for example, price, taxes, availability, shipping charges, and seller). If an item is unavailable when shipped and you have selected a backup product, you authorize us to fulfill your order with your chosen backup product.

## Eligible Purchases

Subscribe & Save is only available to customers shipping to addresses in the United States, Canada, Mexico, Brazil, United Kingdom, Germany, France, Italy, Spain, Netherlands, India, Japan, Australia, and United Arab Emirates.

Subscribe & Save benefits, discounts, and any special limited time subscription promotions in effect apply only to eligible items displaying the Subscribe & Save offer message when you select the Subscribe & Save delivery method.

Subscribe & Save benefits, discounts, and any limited time special subscription promotions in effect apply only to eligible items displaying the Subscribe & Save offer message when you select the Subscribe & Save delivery method. Subscriptions are good while supplies last. Special limited time subscription promotions only apply during their effective dates.

All returns under Subscribe & Save are subject to the Amazon.com Returns policy. Subscribe & Save subscriptions are void where prohibited.

## Renewal, Payment, and Cancellation

**We will automatically fulfill your Subscribe & Save subscription order according to your chosen delivery schedule. Your subscription will continue and your payment method will be charged until you cancel the subscription.**

The price for a Subscribe & Save subscription is stated on the applicable product detail page. The total cost charged to your payment method for each Subscribe & Save order will be the cost of the item on the day that order is processed (which is subject to change) less the Subscribe & Save discount, plus any applicable sales tax, shipping charges, and fees. Any Amazon.com eligible promotional credit balances on your Amazon.com customer account may be applied toward the balance of your order before charging any remaining balance to your payment method.

We may change the price for a Subscribe & Save subscription at any time for any reason. Information about changes to price will be available to you on the Manage Your Deliveries page.

**The total cost for each Subscribe & Save item shipment will be charged to the payment method used to create your subscription or as otherwise directed by you. If we are unable to complete your Subscribe & Save order with the payment method you used to create your subscription, you authorize us to update your subscription with another payment method in your account and to charge the payment method for your Subscribe & Save order. Visit the Manage Your Deliveries page to view the last date that you can cancel your subscription or skip your delivery in order to prevent being charged for the delivery. Each charge will be submitted for payment on the date that your item ships.**

**You may cancel your Subscribe & Save subscription at any time or skip your next delivery before it ships via the Manage Your Deliveries page.** To cancel, select your subscription on the Manage Your Subscriptions page, select **Cancel Subscription** and then select **Cancel my subscription**. If you cancel your subscription and then reactivate it, the discount applied to any Subscribe & Save item may not be the same discount in effect at the time of cancellation. If the Subscribe & Save discount percentage for such Subscribe & Save item changes, the new discount will be applied to your future shipments of that item.

## Other Limitations

Your participation in Subscribe & Save is personal to you, and you may not transfer, assign, or resell your subscription or any of the benefits to any third party without our authorization.

We reserve the right to not ship you a subscription shipment for one or more subscription periods. We won't charge you for any skipped shipments.

## Termination by Us

We may terminate your Subscribe & Save subscription at our discretion without notice. If we do so after you have been charged a subscription price but prior to our shipment of the subscription shipment for that subscription period, your subscription will be canceled and we will give you a refund of the applicable subscription price for that subscription period. However, we will not give any refund for termination related to conduct that we determine, in our discretion, violates these Terms or any applicable law, or involves fraud or misuse of any Subscribe & Save subscription. Our failure to insist upon or enforce your strict compliance with these Terms will not constitute a waiver of any of our rights.

## Returns and Refunds

All returns and refunds of Subscribe & Save subscription shipments are subject to the Amazon.com Returns and Refunds policy. If you have purchased a subscription from a seller that fulfills and ships its own inventory, you can view the seller's return policy by selecting your order in the Online Returns Center or visit Your Orders. Subscribe & Save subscriptions are void where prohibited.

## Agreement Changes

We may, in our sole discretion, change these Terms, (including all applicable terms, conditions, limitations and requirements on the Amazon.com website), without notice to you. If any change to these terms is found invalid, void, or for any reason unenforceable, that change is severable and does not affect the validity and enforceability of any remaining changes or conditions. YOUR CONTINUED PARTICIPATION AFTER WE CHANGE THESE TERMS CONSTITUTES YOUR ACCEPTANCE OF THE CHANGES. IF YOU DO NOT AGREE TO ANY CHANGES, YOU MUST CANCEL YOUR SUBSCRIPTIONS.

Was this information helpful?

Yes No

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

---

English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates