# Exhibit 3


amazon
Checkout (1 item)
1 Shipping address
Change
2 Payment method
Earn 5% back (statement credit) for Prime members
Billing address: Same as shipping address
Change
Add a gift card or promotion code or voucher
Enter code
Apply
3 Review items and shipping
Estimated Delivery: Jun 9
Starbucks Doubleshot, Espresso + Cream, 6.5 Ounce, 12 Pack
$14.94 $14.19 prime
$0.75 discount applied
Quantity: 1 Delete
Sold by: Amazon.com LLC
Subscribe & Save:
Arrives every: 1 month (most common)
Auto delivery will be on June 9, 2021
Get it sooner
Add gift options
Choose your delivery option:
Wednesday, Jun 9
Confirm subscription
Order total: $15.18
By placing your order, you agree to Amazon.com's privacy notice and conditions of use, and the Subscribe & Save Terms & Conditions.
Need help? Check our Help pages or contact us
For an item sold by Amazon.com: When you click the "Confirm subscription" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.
Need to add more items to your order? Continue shopping on the Amazon.com homepage.
Confirm subscription
By placing your order, you agree to Amazon's privacy notice and conditions of use.
You also agree to the Subscribe & Save Terms & Conditions for the subscription and authorize us to charge your default payment method or another payment method on file. Your subscription continues until canceled, the price of your subscription may change from order-to-order. You can cancel at any time via the Your Subscribe & Save items page in Your Account.
Order Summary
Items: $14.94
Shipping & handling: $0.00
Subscribe & Save discount: -$0.75
Total before tax: $14.19
Estimated tax to be collected: $0.99
Order total: $15.18