# Exhibit 4

Delivering to San Franc... 94105
Update location

Subscribe & S... Search Amazon

EN Hello, sign in
Account & Lists

Returns
& Orders

0

All Prime Day Health AI Amazon Haul Medical Care Whole Foods

11 : 00

Sign in

New customer? Start here.

## HOW TO GET STARTED?








### Save time and money

1. Shop from hundreds of thousands of products
2. Select the quantity and schedule that works for you.
3. Create your subscription. Sit back, relax, we will take care of the rest. Shipping is always free.

### Subscribe more. Save more.

Save up to 15% off when receiving 5 or more products in one auto-delivery to one address.

### Easy to manage

In advance of each delivery, we will send you a reminder email showing the items, price and any applicable discount for your upcoming delivery.

Skip your deliveries or cancel your subscriptions at any time by visiting Manage Your Subscriptions

## Frequently Asked Questions

### How does it work?

Set up regularly scheduled deliveries and earn savings with Subscribe & Save. Unlock extra savings on eligible subscriptions when you receive five or more products in one auto-delivery to one address. From diapers to toothpaste to dog treats, you can subscribe to thousands of everyday products.

### How do I start a subscription?

1. Select "Subscribe and Save" on the detail page for hundreds of thousands of eligible products.
2. Select the quantity and schedule that works for you.
3. Skip your deliveries or cancel your subscriptions at any time by visiting Manage Your Subscriptions
4. In advance of each delivery, we will send you a reminder email showing the item price and any applicable discount for your upcoming delivery. The price of the item may decrease or increase from delivery to delivery, depending on the Amazon.com price of the item at the time we process your order.

### How to skip your next delivery?

1. Go to Manage Your Subscriptions.
2. Click on the Skip link, next to the subscription product you want to skip.
3. Click Confirm.

### How do I save up to 15% on my auto-deliveries?

Save up to 15% off when receiving 5 or more products in one auto-delivery to one address.

### How to change your Subscribe & Save delivery schedule or quantity?

1. Go to Manage Your Subscriptions.
2. On the Deliveries tab you will see a blue link with your auto-delivered frequency (such as, Auto-delivered: Monthly).
3. Click on the frequency.
4. This opens a page where you can change your quantity, frequency, and next delivery date.
5. After you have made changes, click Apply.

### Why did the price of my item change?

While you will always receive a Subscribe & Save discount, individual product prices can go up or down over time. If the price of your subscribed product changes, the new price will be displayed in your order review email and will be applied only on future shipments. You can review your subscription price and edit or cancel your subscription at any time.

### How to change your Subscribe & Save payment method?

1. Go to Manage Your Subscriptions. From there you have two options:
2. To change your payment method for all subscriptions, click on the Settings tab. Then click Change under Payment Method.
3. Or, to change the payment method associated with a single subscription, click on the Deliveries or Subscriptions tabs. Click on the subscription you want to edit and then click Change Payment.

### Need help?

Contact customer service | Terms & Conditions

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates