THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON HERMAN and LEAH HERMAN, a married couple, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:26-cv-01674-BAT<br><br>**[PROPOSED] ORDER REGARDING AMAZON.COM, INC.'S NOTICE OF INCORPORATION BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 2, 2026 |

Before the Court is the Notice of Incorporation by Reference and Request for Judicial Notice by Amazon.com, Inc. ("Amazon").

It is hereby ORDERED that the following materials are incorporated by reference in the Complaint and/or judicially noticed by the Court in addressing Amazon's Motion to Dismiss Plaintiffs Aaron Herman and Leah Herman's Complaint, ECF No. 23 (Aug. 14, 2026):

- Exhibit 1 to the Declaration of Veenu Taneja in Support of Motion to Dismiss, which is a true and correct copy of the Amazon Conditions of Use (COU) in effect in February 2024.
- Exhibit 2 to the Declaration of Veenu Taneja in Support of Motion to Dismiss, which is a true and correct copy of the Amazon Subscribe & Save Terms & Conditions ("Subscribe & Save Terms") dated January 23, 2024.

- Exhibit 3 to the Declaration of Veenu Taneja in Support of Motion to Dismiss, which is a true and correct copy of a screenshot of the Subscribe & Save sign-up process.
- Exhibit 4 to the Declaration of Veenu Taneja in Support of Motion to Dismiss, which is a true and correct copy of the Amazon Subscribe & Save FAQs.

DATED this _____ day of __________, 2026.

______________________________
The Honorable Brian A. Tsuchida
United States Magistrate Judge

Presented by:

MORRISON & FOERSTER LLP

*s/ Mallory A. Gitt*
Mallory A. Gitt, WSBA No. 50025
MGitt@mofo.com
Kyle D. Cole, WSBA No. 58111
KCole@mofo.com
Morrison & Foerster LLP
925 Fourth Avenue, Floor 38
Seattle, WA 98104-1157
Telephone: (206) 327-6500
Facsimile: (206) 260-8813

*Attorneys for Amazon.com, Inc.*