THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON HERMAN and LEAH HERMAN, a married couple, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC.,

Defendant.

NO. 2:26-cv-1674-BAT

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

NOTE ON MOTION CALENDAR:
October 2, 2026

ORAL ARGUMENT REQUESTED

The Court have considered Amazon.com, Inc.'s  Motion to Dismiss Complaint, ECF. No. 23 (August 14, 2026), all papers filed in support of and in opposition to the Motion, the relevant portions of the record, and the applicable law, and being fully advised in the premises, DENIES the Motion.

DATED this ___ day of _______________, 2026.

_______________________________
The Honorable Brian A. Tsuchida
United States Magistrate Judge



STRITMATTER LAW
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777

Presented By:

STRITMATTER LAW

*s/ Andrew Ackley*
Andrew Ackley, WSBA #41752
*s/ Brad J. Moore*
Brad J. Moore, WSBA #21802
s/ Darcy Covert
Darcy Covert, WSBA#57137

3600 15th Ave West, Suite 300
Seattle, WA 98119
Phone: 206.448.1777
Fax: 206.728.2131
Email: andrew@stritmatter.com
brad@stritmatter.com
darcy@stritmatter.com

LEVIN SEDRAN & BERMAN LLP

*s/ Daniel C. Levin*
Daniel C. Levin, Esq.
*s/ Nicolas J. Elia*
Nicholas J. Elia, Esq.

510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel. (215) 592-1500
dlevin@lfsblaw.com
nelia@lfsblaw.com

ROBERT PEIRCE & ASSOCIATES, P.C.

*s/ D. Aaron Rihn*
D. Aaron Rihn, Esq.
*s/ Sara J. Watkins*
Sara J. Watkins, Esq.
*s/ Stanley D. Ference IV*
Stanley D. Ference IV, Esq.

707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel. (412) 281-7229
arihn@peircelaw.com
swatkins@peircelaw.com
mference@peircelaw.com